UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **DEXTER WILLIAMS**, <br><br> Petitioner, <br><br> v. <br><br> **RANDEE REWERTS**, <br><br> Respondent. | 2:18-cv-13248 <br><br> HON. TERRENCE G. BERG <br><br> **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Dexter Williams filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 on October 5, 2018. But he did not pay the required filing fee or submit an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases. The Court issued an Order to Correct Deficiency on October 26, 2018 requiring Petitioner to either pay the filing fee or submit a properly completed *in forma pauperis* application. ECF No. 2. The order provided that if Petitioner did not submit the fee or *in forma pauperis* application by November 26, 2018, his case could be dismissed.

The time for submitting the filing fee or required financial

information elapsed more than two months ago, and Petitioner has failed to correct the deficiency. Accordingly, the Court **DENIES WITHOUT PREJUDICE** the petition for a writ of habeas corpus. The Court also denies a certificate of appealability because the disposition of the case is not reasonably debatable. *See* 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b). <u>If Petitioner still desires to pursue habeas relief he may submit a new habeas petition with payment of the filing fee or an *in forma pauperis* application.</u>

    **SO ORDERED.**

Dated: February 4, 2019          s/Terrence G. Berg  
                                            TERRENCE G. BERG  
                                            UNITED STATES DISTRICT JUDGE

## Certificate of Service

    I hereby certify that this Order was electronically submitted on February 4, 2019, using the CM/ECF system, which will send notification to all parties.

                                                     s/A. Chubb  
                                                     Case Manager